# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

CARDELL BELL

VERSUS

ALLSTATE INSURANCE COMPANY

CIVIL ACTION

NO. 14-229-SDD-RLB

### RULING

The Court, after carefully considering the *Petition*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated September 12, 2014, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiffs' *Motion to Remand*[3] is GRANTED and this matter is remanded to the 19th Judicial District Court, Parish of East Baton Rouge, State of Louisiana.

Baton Rouge, Louisiana the 1 day of October, 2014.

*Shelly Dick*

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-2.
[2] Rec. Doc. 10.
[3] Rec. Doc. 6.